**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul Andrew Tompkin | Social Security number or ITIN   xxx–xx–0904 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   25–20818–VFP

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul Andrew Tompkin

1/16/26

**By the court:**  Vincent F. Papalia
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20818-VFP |
| Paul Andrew Tompkin | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 16, 2026 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Andrew Tompkin, 1506C US Highway 206, Chester, NJ 07930-2596 |
| 520845876 | + | Huntington Bank, 6700 Fairview Rd., Charlotte, NC 28210-3324 |
| 520845877 | | Huntington National Bank, 5555 Cleveland Ave, Chester, NJ 07930 |
| 520845880 | + | Lvnv Funding Llc c/o Care of Resurgent Capita, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608-1370 |
| 520845884 | + | Rolling Hills Recovery Center, 425 Main St, Chester, NJ 07930-2526 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520848852 | + | EDI: AISACG.COM | Jan 17 2026 01:36:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520849729 | + | EDI: AISACG.COM | Jan 17 2026 01:36:00 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX8873, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520845867 | + | EDI: GMACFS.COM | Jan 17 2026 01:30:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520845868 | + | Email/PDF: bncnotices@becket-lee.com | Jan 16 2026 20:56:00 | American Express, Po Box 981537, El Paso, TX 79998-1537 |
| 520845869 | ^ | MEBN | Jan 16 2026 20:46:18 | Asset Recovery Solutions LLC, 5250 Old Orchard Road, Suite 200, Skokie, IL 60077-4461 |
| 520845870 | + | EDI: CAPITALONE.COM | Jan 17 2026 01:30:00 | Capital one, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520845871 | + | EDI: CITICORP | Jan 17 2026 01:30:00 | Citibank N.A., 388 Greenwich Street Trading Building, 4th Floor, New York, NY 10013-2362 |
| 520845872 | + | EDI: CITICORP | Jan 17 2026 01:30:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 520845874 | | EDI: IRS.COM | Jan 17 2026 01:30:00 | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520845875 | + | EDI: DISCOVER | Jan 17 2026 01:30:00 | Discoverc, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520845878 | + | EDI: JEFFERSONCAP.COM | Jan 17 2026 01:36:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |

District/off: 0312-2                                      User: admin                                           Page 2 of 3

Date Rcvd: Jan 16, 2026                           Form ID: 318                                      Total Noticed: 27

| 520845879 | + | EDI: JPMORGANCHASE | Jan 17 2026 01:30:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
|---|---|---|---|---|
| 520845881 | ^ | MEBN | Jan 16 2026 20:44:28 | MRS, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 520845882 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2026 20:51:00 | Pressler Felt and Warsaw, 7 Entin, Parsippany, NJ 07054 |
| 520845883 | + | Email/Text: ngisupport@radiusgs.com | Jan 16 2026 20:51:00 | Radius Global Solution, 7831 Glenroy Rd Ste 250, Edina, MN 55439-3117 |
| 520845885 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 16 2026 20:51:00 | Rubin & Rothman, 1787 Veterans Highway, PO BOX 9003, Islandia, NY 11749-9003 |
| 520845887 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 16 2026 20:51:00 | State of New Jersey, Division of Taxation Ban, PO Box 245, Trenton, NJ 08695 |
| 520845886 | + | Email/Text: bankruptcy@savit.com | Jan 16 2026 20:53:00 | Sa Vit Collection Agen, 46c W Ferris St, East Brunswick, NJ 08816-2159 |
| 520845888 | + | Email/Text: bknotice@stillmanlaw.com | Jan 16 2026 20:53:00 | Stillman Law Office, 30057 Orchard Lake Rd., Suite 200, Farmington, MI 48334-2265 |
| 520845889 | + | EDI: SYNC | Jan 17 2026 01:30:00 | Syncb/Pc Richard, Po Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520845866 | | Advocare LLC, PO Box 71422 |
| 520845873 | * | Department of the Treasury Internal Revenue S, PO Box 804527, Cincinnati, OH 45280-4527 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Huntington National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey Lester | jlester@bllaw.com  NJ19@ecfcbis.com |
| Karina Pia Lucid | on behalf of Debtor Paul Andrew Tompkin 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |

District/off: 0312-2

Date Rcvd: Jan 16, 2026

U.S. Trustee

User: admin

Form ID: 318

USTPRegion03.NE.ECF@usdoj.gov

Page 3 of 3

Total Noticed: 27

TOTAL: 4